# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLEY HOLLOWAY,<br><br>    Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; FIRST PREMIER BANK; CAPITAL ONE, NATIONAL ASSOCIATION; ONEMAIN FINANCIAL; IC SYSTEMS, INC.; USCB, INC.<br><br>    Defendants. | Case No. 2:18-cv-02736-WBS-CKD<br>*Assigned to William B. Schubb; Referred to Magistrate Judge Carolyn K. Delaney*<br><br>**ORDER GRANTING SECOND STIPULATION TO EXTEND DEFENDANT CAPITAL ONE BANK (USA), N.A.'S TIME TO RESPOND TO COMPLAINT**<br><br>Initial Resp. Date:  November 2, 2018<br>Current Resp. Date:  November 30, 2018<br>Proposed Resp. Date:  Dec. 14, 2018<br><br>Complaint Filed:  October 10, 2018 |

Having considered the parties' Joint Stipulation to Extend Defendant Capital One Bank (USA), N.A.'s Deadline to Respond to Plaintiff Ashley Holloway's Complaint, the Court hereby GRANTS the stipulation as follows:

Capital One shall file its responsive pleading to Plaintiff's initial Complaint on or before December 14, 2018.

**IT IS SO ORDERED.**

Dated: November 29, 2018

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE