UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| ASHLEY HOLLOWAY,<br><br>Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; FIRST PREMIER BANK; CAPITAL ONE, NATIONAL ASSOCIATION; ONEMAIN FINANCIAL; IC SYSTEMS, INC.; USCB, INC.,<br><br>Defendants. | No. 2:18-CV-2736 WBS-CKD<br><br>**ORDER** |

----oo0oo----

Counsel for plaintiff and defendant First Premier Bank have filed a Stipulation (Docket No. 12) agreeing, subject to court approval, to submit to binding arbitration and stay this action pending the outcome of such arbitration. It does not appear that the other defendants join in the stipulation, nor is it clear whether the parties intend to stay the entire action, or only the claims against First Premier Bank, pending the

1

arbitration proceeding.  For those reasons, the court declines to approve the Stipulation and invites the parties to submit an amended stipulation clarifying these ambiguities.

    IT IS SO ORDERED.

Dated: January 3, 2019

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE