1 William E. Ireland (Bar No. 115600)
   *wireland@hbblaw.com*
2 Brett G. Moore (Bar No. 311637)
   *bmoore@hbblaw.com*
3 HAIGHT BROWN & BONESTEEL LLP
  555 South Flower Street, Forty-Fifth Floor
4 Los Angeles, California 90071
  Telephone: 213.542.8000
5 Facsimile: 213.542.8100

6 Attorneys for Defendant
  FIRST PREMIER BANK

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| ASHLEY HOLLOWAY, <br><br> Plaintiff, <br><br> v. <br><br> EXPERIAN INFORMATION SOLUTIONS, INC.; FIRST PREMIER BANK; CAPITAL ONE, NATIONAL ASSOCIATION; ONEMAIN FINANCIAL; IC SYSTEMS, INC.; USCB, INC. <br><br> Defendants. | Case No. 2:18-CV-02736-WBS-CKD <br><br> [Assigned for All Purposes to the Hon. William B. Shubb] <br><br> **AMENDED STIPULATION OF PLAINTIFF ASHLEY HOLLOWAY AND DEFENDANT FIRST PREMIER BANK TO ENGAGE IN BINDING ARBITRATION; [~~PROPOSED~~] ORDER** |

IT IS HEREBY STIPULATED and agreed to between Plaintiff ASHLEY HOLLOWAY ("Plaintiff") and Defendant FIRST PREMIER BANK ("Defendant"), by and through their attorneys of record, as follows:

1. All of the causes of action and claims of Plaintiff ASHLEY HOLLOWAY, only as to Defendant FIRST PREMIER BANK, will be submitted to binding arbitration.

2.  By reason thereof, Plaintiff and Defendant request the Court to stay this action, only as to the claims of Plaintiff ASHLEY HOLLOWAY against Defendant FIRST PREMIER BANK, pending the outcome of the arbitration proceeding.

3.  The Court shall retain jurisdiction over this case.

4.  Within thirty days of full satisfaction of any arbitration award or settlement, Plaintiff ASHLEY HOLLOWAY will dismiss the instant District Court action against Defendant FIRST PREMIER BANK with prejudice.

Dated: January 3, 2019         SAGARIA LAW

By:    /s/ Elliot Gale
    Elliot Gale
    Scott M. Johnson
    Joseph Angelo
    Attorneys for Plaintiff, ASHLEY HOLLOWAY

Dated: January 3, 2019         HAIGHT BROWN & BONESTEEL LLP

By:    /s/ Brett G. Moore
    William E. Ireland
    Brett G. Moore
    Attorneys for Defendant, FIRST PREMIER BANK

## ORDER

The above Stipulation is approved. All of the causes of action and claims of Plaintiff ASHLEY HOLLOWAY, only as to Defendant FIRST PREMIER BANK, are ordered to binding arbitration.. The action is stayed, only as to the claims of Plaintiff ASHLEY HOLLOWAY against Defendant FIRST PREMIER BANK, pending the outcome of the arbitration proceeding.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: January 7, 2019

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE