# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA- SACRAMENTO DIVISION

| | |
|---|---|
| ASHLEY HOLLOWAY,<br><br>              Plaintiff,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; FIRST PREMIER BANK; CAPITAL ONE; NATIONAL ASSOCIATION; ONEMAIN FINANCIAL; IC SYSTEMS, INC.; USCB, INC.<br><br>              Defendants. | Case No.: 2:18-cv-02736-WBS-CKD<br><br>**ORDER GRANTING STIPULATION TO CONTINUE SCHEDULING CONFERENCE**<br><br><u>Current Hearing Date:</u><br>Date: March 18, 2019<br>Time: 1:30 p.m.<br>Courtroom: 5<br><br><u>Proposed Hearing Date:</u><br>Date: May 28, 2019<br>Time: 1:30 p.m.<br>Courtroom: 5<br><br>Complaint Filed: October 10, 2018<br>Trial Date: None set |

Upon consideration of Plaintiff Ashley Holloway ("Plaintiff") and Defendants Capital One, N.A ("Capital One") and IC Systems, Inc. ("IC Systems")(collectively the "Parties") stipulation and good cause appearing, the Court orders that the Scheduling Conference set for March 18, 2019, at 1:30 p.m. in Courtroom 5 is continued to May 28, 2019 at 1:30 p.m. in Courtroom 5 of the above-entitled Court. A Joint Status Report shall be filed no later than May 14, 2019.

    **IT IS SO ORDERED.**

**Dated: March 11, 2019**

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE