Elliot W. Gale (SBN 263326)
egale@gajplaw.com
Joe Angelo (SBN 268542)
jangelo@gajplaw.com
Gale, Angelo, Johnson, & Pruett, P.C.
1430 Blue Oaks Blvd., Ste. 250
Roseville, CA 95747
Telephone:  916-290-7778
Facsimile:  916-721-2767

Attorneys for Plaintiff
Ashley Holloway

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| **ASHLEY HOLLOWAY**, <br><br> Plaintiff, <br><br> v. <br><br> **EXPERIAN INFORMATION SOLUTIONS, et. al.**, <br><br> Defendants. | Case No.: 2:18-cv-02736-WBS-CKD <br><br><br> **ORDER CONTINUING INITIAL SCHEDULING CONFERENCE** |

PURSUANT TO THE REQUEST OF THE PARTIES, IT IS SO ORDERED that the Status Conference is continued from August 19, 2019 to October 28, 2019 at 1:30 p.m. and the Parties shall file a Joint Status Report no later than October 15, 2019.

Dated:  August 8, 2019

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE