Elliot Gale (State Bar No. 263326)
egale@gajplaw.com
Joe Angelo (State Bar No. 268542)
jangelo@gajplaw.com
Gale, Angelo, Johnson, & Pruett, P.C.
1430 Blue Oaks Blvd., Ste. 250
Roseville, California 95747
Telephone: 916-290-7778
Facsimile: 916-721-2767

Attorneys for Plaintiff
Ashley Holloway

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA — SACRAMENTO DIVISION

| | |
|---|---|
| ASHLEY HOLLOWAY, <br><br> Plaintiff, <br><br> vs. <br><br> CAPITAL ONE, N.A. et. al. <br> Defendants. | Case No.: 2:18-cv-02736-WBS-CKD <br><br> **ORDER** |

**ORDER**

Pursuant to the filed substitution of attorney, Joe Angelo of Gale, Angelo, Johnson, & Pruett, P.C. is substituted into, and in the place of, Sagaria Law, P.C.

IT IS SO ORDERED.

Dated: December 4, 2019

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE