Joe Angelo (Bar No. 268542)
jangelo@gajplaw.com
Gale, Angelo, Johnson, & Pruett, P.C.
1430 Blue Oaks Blvd., Ste. 250
Roseville, California 95747
Telephone: 916-290-7778
Facsimile: 916-721-2767

Attorneys for Plaintiff
Ashley Holloway

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA — SACRAMENTO DIVISION

| | |
|---|---|
| ASHLEY HOLLOWAY,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>CAPITAL ONE BANK (USA), N.A.<br>　　　　Defendant. | Case No.: 2:18-cv-02736-WBS-CKD<br><br>**ORDER** |

　　　Pursuant to the stipulation of the Parties, Capital One Bank (USA), N.A. (erroneously sued as "Capital One, National Association") is dismissed with prejudice and each party shall bear its own attorneys' fees and costs.

　　　IT IS SO ORDERED.

Dated:  June 4, 2020

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER