Joe Angelo (Bar No. 268542)
jangelo@gajplaw.com
Gale, Angelo, Johnson, & Pruett, P.C.
1430 Blue Oaks Blvd., Ste. 250
Roseville, California 95747
Telephone: 916-290-7778
Facsimile: 916-721-2767

Attorneys for Plaintiff
Ashley Holloway

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA — SACRAMENTO DIVISION

| | |
|---|---|
| ASHLEY HOLLOWAY, <br><br> Plaintiff, <br><br> vs. <br><br> I.C. SYSTEMS, INC., et. al. <br> Defendants. | Case No.: 2:18-cv-02736-WBS-CKD <br><br> **ORDER** |

Pursuant to the stipulation of the Parties, I.C. Systems, Inc. is dismissed with prejudice and each party shall bear its own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: June 4, 2020

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE